BOGAN, APPELLANT, *v.* HALL, WARDEN, APPELLEE.

[Cite as *Bogan v. Hall,* **121 Ohio St.3d 608, 2009-Ohio-1930.**]

*Habeas corpus — Failure to attach copies of commitment papers to petition — Dismissal of petition affirmed.*

(No. 2008-2331 — Submitted April 21, 2009 — Decided April 30, 2009.)

APPEAL from the Court of Appeals for Richland County,

No. 08-CA-94, 2008-Ohio-5708.

————————————

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals denying the petition of appellant, James C. Bogan, for a writ of habeas corpus. Bogan failed to attach copies of his commitment papers to his petition. *Goudlock v. Voorhies*, 119 Ohio St.3d 398, 2008-Ohio-4787, 894 N.E.2d 692,¶ 14; R.C. 2725.04(D).

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

————————————

James C. Bogan, pro se.

Richard Cordray, Attorney General, and Samuel Peterson, Assistant Attorney General, for appellee.

————————————